IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BRAD PAUL SMITH
ADC #660448                                                                PLAINTIFF

v.                              No. 3:23-cv-141-DPM

WATSON, Sergeant, Grimes Unit,
ADC and JOHN DOE, Sergeant,
Dog Kennel, Grimes Unit, ADC                                          DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Smith is a three-striker. Before filing this lawsuit, Smith had at least three cases dismissed for failing to state a claim. *E.g.*, *Smith v. Scott*, 5:17-cv-222-BSM; *Smith v. Brooks*, 5:17-cv-226-BSM; and *Smith v. Gibson*, 5:19-cv-332-KGB. And nothing in his complaint, Doc. 2, suggests he's currently in imminent danger of serious physical injury. 28 U.S.C. § 1915(g). Smith's motion to proceed *in forma pauperis*, Doc. 1, is therefore denied. And his complaint will be dismissed without prejudice.

3. If Smith wants to pursue this case, then he must pay the $402 administrative and filing fees and file a motion to reopen the case by 17 July 2023. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

- 2 -

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2023