IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRAD PAUL SMITH**
ADC #660448                                                                                           PLAINTIFF

v.                              No. 3:23-cv-141-DPM

**WATSON, Sergeant, Grimes Unit,
ADC and JOHN DOE, Sergeant,
Dog Kennel, Grimes Unit, ADC**                                                        DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 June 2023